PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Thomas Pearson                                   Cr.: 14-00603-001
                                                                   PACTS #: 67485

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM H. WALLS
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/16/2015

Original Offense: Possession of Heroin

Original Sentence: 90 Days imprisonment, 12 months supervised release

Special Conditions: Substance Abuse Testing, Mental Health Treatment, $100 Special Assessment, $1,000 Fine

Type of Supervision: Supervised Release                Date Supervision Commenced: 11/12/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has failed to pay the $1,000 in full. He has paid a total of $400 towards the fine, leaving a current balance of $600. |

U.S. Probation Officer Action:
We are respectfully requesting that the offender's probation term be allowed to terminate on November 12, 2016, as the Financial Litigation Unit will pursue collection of the remaining fine balance.

                                                        Respectfully submitted,

                                                        *Dana Hafner/CAG/nm*
                                                        By: Dana Hafner
                                                              U.S. Probation Officer
                                                        Date: 10/07/2016

Prob 12A – page 2
Thomas Pearson

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

18 October 2016
Date